IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOREITHA BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:14-cv-02338-RDR-KGS |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant Midland Credit Management, Inc. hereby notifies the Court that a resolution of this case has been reached in principal with the Plaintiff, Doreitha Brooks. Following execution of documents related to that resolution, expected within 60 days, the parties will submit a Stipulation of Dismissal with Prejudice.

Respectfully Submitted,

By:  /s/ Thomas M. Martin
Thomas M. Martin    KS# 13620
M. Cory Nelson    Kan. Dt. Ct. #78428
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500 (telephone)
(816) 472-2500 (facsimile)
tmmartin@lrf-kc.com
cnelson@lrf-kc.com

ATTORNEYS FOR DEFENDANT

Dated this 5th day of September, 2014.

                Respectfully Submitted,

By: /s/ Thomas M. Martin
    Thomas M. Martin    KS# 13620
    M. Cory Nelson    Kan. Dt. Ct. #78428
    1010 Walnut, Suite 500
    Kansas City, Missouri 64106
    (816) 421-2500 (telephone)
    (816) 472-2500 (facsimile)
    tmmartin@lrf-kc.com
    cnelson@lrf-kc.com
    7015 College Blvd., Suite 135
    Overland Park, Kansas 66211

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I certify that on this 5th day of September 2014, I sent the foregoing document to the Clerk of the Court via e-mail, who will enter it into the CM/ECF system, which will send electronic notice to the following:

J. Mark Meinhardt
1 E. Washington Street, Suite 500
Phoenix, Arizona 85004
Telephone: (913) 827-1950
meinhardtlaw@gmail.com

ATTORNEYS FOR PLAINTIFF

                /s/Thomas M. Martin
                Attorney for Defendant

W:\DOCS\CLIENT\9619\25894\00111482.DOCX